# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES )
)
v. )   Case No.   07CR  0843
)
RONDELL FREEMAN, *et al.* )

## ORDER

This matter having come before the Court on the ex parte GOVERNMENT'S MOTION TO SEAL THE CRIMINAL COMPLAINT, ARREST WARRANTS, AND ALL ACCOMPANYING AFFIDAVITS; it is hereby:

ORDERED that the criminal complaint, arrest warrants, and all accompanying affidavits be placed under seal until noon on Tuesday, December 18, 2007.


Sidney I. Schenkier
United States Magistrate Judge

Dated: December 17, 2007