FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES MAGISTRATE COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07CR 0843-16

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 05 GJ 991 |
| v. ) | Hon. Sidney I. Schenkier |
| ) | |
| DARNELL WILLIAMS, aka "Don D" ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

has been and now is, in due form and process of law, detained in the custody of the Cook County Department of Corrections.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violating Title 21, United States Code, Section 846, and is now wanted in such division and district on December 19, 2007 at 9:00 a.m. for an initial appearance before Honorable Sidney I. Schenkier, Courtroom 1700.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
COOK COUNTY DEPARTMENT OF CORRECTIONS

commanding them to produce the body of the said prisoner before Judge Schenkier, Courtroom 1700, 219 S. Dearborn St., Chicago, IL, on December 19, 2007 at 9:00 a.m.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
RACHEL M. CANNON
KRUTI D. TRIVEDI
Assistant U. S. Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
312-353-5357/5323