UNITED STATES MAGISTRATE COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA FOR )
ORDERS AUTHORIZING THE INTERCEPTION )
OF WIRE COMMUNICATIONS TO AND FROM )
CELLULAR TELEPHONE NUMBER )
(646) 421-1464, BEARING THE INTERNATIONAL )
MOBILE SUBSCRIBER IDENTITY ("IMSI") NUMBER )
316010101278607 (**TARGET PHONE 4**); TO AND )
FROM CELLULAR TELEPHONE NUMBER )
(312) 506-7810, BEARING THE IMSI NUMBER )
316010101829110 (**TARGET PHONE 5**); TO AND )
FROM CELLULAR TELEPHONE NUMBER )
(407) 401-6530, BEARING THE IMSI NUMBER )
316010107137232 (**TARGET PHONE 6**); TO AND )
FROM CELLULAR TELEPHONE NUMBER )
(312) 546-1178, BEARING THE IMSI NUMBER )
316010101903080 (**TARGET PHONE 7**); )
AND ORDERS AUTHORIZING THE REAL TIME )
SEIZURE OF CELLULAR TOWER )
LOCATION INFORMATION PERTAINING TO )
CALLS MADE TO AND FROM THE ABOVE )
CELLULAR TELEPHONES; AND ORDERS )
AUTHORIZING THE INTERCEPTION OF ORAL )
COMMUNICATIONS AND VISUAL, )
NON-VERBAL CONDUCT OCCURRING WITHIN )
THE PREMISES KNOWN AS 5740 N. SHERIDAN )
ROAD, UNIT 3E, CHICAGO, ILLINOIS. )

No. 07 CR 843
Hon. Sidney I. Schenkier
Magistrate Judge

**O R D E R**

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1.    All Title III applications, affidavits, and orders produced by the government in preparation for or in connection with the preliminary and detention proceedings in this case, as well as any materials relating to oral and non-verbal visual communications disclosed for such purpose, and all other investigative materials disclosed for such purpose, may be utilized by the charged defendants and their counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.  The materials and their contents, and any notes, records or copies of any kind that defense counsel or the charged defendants may make

4

relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than the charged defendants, their counsel, such other persons as are reasonably employed by them as may be necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure.

2.    Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

Sidney I. Schenkier
United States Magistrate Judge

DATE _12-20-07_

5