# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
USA v Rondell Freeman, et al

Case Number: 07 CR 843-16

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Darnell Williams

FILED
12-21-07
DEC 21 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) Jerry Bischoff | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ J B | |
| FIRM Law Office of Jerry Bischoff | |
| STREET ADDRESS 35 E. Wacker Drive Ste | |
| CITY/STATE/ZIP Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6197011 | TELEPHONE NUMBER (312) 853-2167 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.