# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 16 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Darnell Williams | | |

**DOCKET ENTRY TEXT**

Arraignment continued to 4/30/2008 at 9:00 a.m.  Defendant was not present in court on 4/23/2008.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|