IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 843 |
| | ) | Judge Joan Lefkow |
| DARNELL WILLIAMS | ) | |

## MOTION FOR EARLY RETURN OF TRIAL SUBPOENA

Defendant, **DARNELL WILLIAMS**, by his attorney, **JERRY BISCHOFF,** respectfully moves this Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial subpoenas to be issued by Defendants in this case.

Respectfully submitted,

/s/ Jerry Bischoff
**JERRY BISCHOFF**, Attorney for Defendant.

**JERRY BISCHOFF**
Attorney for DARNELL WILLIAMS
35 East Wacker Drive, Suite 650
Chicago, Illinois 60601
(312) 853-2167

1

## CERTIFICATE OF SERVICE

      I hereby certify that foregoing Defendant JOSE ESTRADA's **MOTION FOR EARLY RETURN OF TRIAL SUBPOENA** was served on July 26, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      s/ Jerry Bischoff
      **JERRY BISCHOFF**
      35 East Wacker Drive, Suite 650
      Chicago, Illinois 60601
      (312) 853-2167