IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                  )<br>)<br>)<br>)<br>DARNELL WILLIAMS,                  )<br>) | No. 07 CR 843<br>Judge Joan H. Lefkow |

## CERTIFICATE OF SERVICE

_____The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the Gerneral Order on Electronic Case Filing (ECF), the following documents:

**DEFENDANT'S MOTION TO PRODUCE CONFIDENTIAL INFORMANT**

were served pursuant to the district court's ECF system as to ECF filers on July 30, 2008.

                                                                Respectfully submitted,

                                                        By:   s/Jerry D. Bischoff_____
                                                                Jerry D. Bischoff


Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167